William J. Smith and Larkin J. Edwards, as co-partners under the firm name W. J. Smith & Co., Appellants, vs. Jordan W. Hope, and his wife Grace May Hope, Appellees.

Appeal from Circuit Court, Hernando county; William A. Hocker, Judge.

J. C. Davant, for Appellants.

No appearance for Appellees.

The bill in this cause was filed by the appellants against the appellees. There was decree for the defendants, and the complainants appeal.

Appeal dismissed on praecipe of counsel for appellants.

---

William Smith, Appellant, vs. James H. Whitfield and James W. Sanders, copartners under the firm name of Whitfield & Sanders, Appellees.

Appeal from Circuit Court, Marion county; William A. Hocker, Judge.

R. McConathy and W. S. Bullock, for Appellant.